JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> DAVID ARMSTRONG, et al., <br><br> Defendants. | Case No.  CV 13-2821 FMO (AGRx) <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Pursuant to the parties' Stipulation Between the Parties to Temporarily Stay this Action in which the parties advise the court that the above-captioned matter has been settled, IT IS ORDERED THAT the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown no later than **October 15, 2013**, to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 3rd day of July, 2013.

/s/
Fernando M. Olguin
United States District Judge